No. 442.   Brunner *v.* United States.

Argued April 2, 1952.   Decided April 7, 1952.   *Per Curiam:* Judgment reversed.   *Blau* v. *United States,* 340 U. S. 159.   Mr. Justice Reed and Mr. Justice Douglas dissent.   Mr. Justice Frankfurter took no part in the consideration or decision of this case. *William B. Esterman* and *A. L. Wirin* argued the cause and filed a brief for petitioner.   *J. F. Bishop* argued the cause for the United States.   With him on the brief were *Solicitor General Perlman, Assistant Attorney General McInerney, Robert W. Ginnane* and *Robert S. Erdahl.*

No. 461.   Greenberg *v.* United States.

Argued April 2, 1952.   Decided April 7, 1952.   *Per Curiam:* Judgment reversed.   *Hoffman* v. *United States,* 341 U. S. 479.   Mr. Justice Reed and Mr. Justice Burton dissent.   Mr. Justice Frankfurter took no part in the consideration or decision of this case.   *Frederick Bernays Wiener* argued the cause for petitioner.   With him on the brief was *Jacob Kossman. Max H. Goldschein* argued the cause for the United States. With him on the brief were *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *John R. Wilkins.*

No. 638.   United States *v.* Reynolds et al.   C. A. 3d Cir.   Certiorari granted.   *Solicitor General Perlman* for the United States.   *Charles J. Biddle* for respondents.